IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL NO. 147 ) <br> HEALTH FUND and OPERATING ENGINEERS ) <br> LOCAL NO. 147 ANNUITY FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FORD PILE FOUNDATIONS, INC., ) <br> ) <br> Defendant. ) | Civil No. 3:14-1118 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for June 30, 2014 is **RESET** for Wednesday, June 25, 2014, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 6th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge