UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| OPERATING ENGINEERS LOCAL NO. 147 ) <br> HEALTH FUND and OPERATING ENGINEERS ) <br> LOCAL NO. 147 ANNUITY FUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FORD PILE FOUNDATIONS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 3:14-1118 <br><br> *Judge Trauger* <br> *Magistrate Judge Knowles* |

## MOTION TO CANCEL CASE MANAGEMENT CONFERENCE

This action is scheduled for a case management conference to be conducted on June 25, 2014 at 3:00 p.m. The Plaintiffs move the Court to cancel the case management conference. The basis of the motion is as follows.

Ford Pile Foundations, Inc. has not answered or otherwise defended this civil action, and on June 12, 2014 the Clerk was requested to enter default (Docket Entry no. 7). Because there is not opposing counsel with whom to consult about matters to be discussed at the initial case management conference, the conference should be cancelled.