UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL NO. 147 HEALTH FUND and OPERATING ENGINEERS LOCAL NO. 147 ANNUITY FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FORD PILE FOUNDATIONS, INC.,<br><br>Defendant. | Civil Action No. 3:14-1118<br><br>*Judge Trauger*<br>*Magistrate Judge Knowles* |

## AGREED ORDER

It appearing to the satisfaction of the Court, as evidenced by signatures on behalf of the respective parties, the parties have agreed upon a settlement and compromise of this civil action, with the Defendant to pay amounts owed to Plaintiffs pursuant to a monthly payment plan. Accordingly, this civil action is dismissed subject to reopening upon petition of Plaintiffs if the payment plan is not consummated. The Defendant is hereby permanently enjoined to conform its conduct to 29 U.S.C. § 1145 and is required to make contributions and submit payroll reports on a timely basis in the future.

The Clerk is directed to administratively close this civil action, subject to petition of Plaintiffs to reopen in the event the payment plan is not consummated, or in the event Defendant does not conform its conduct to 29 U.S.C. § 1145.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge

{002685/11257/00327850.DOCX / Ver.1}    1

APPROVED FOR ENTRY:

_____
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel.: (615) 254-8801
Email: jan@branstetterlaw.com


Ford Pile Foundations, Inc.

By: _____